JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T & T WORLDWIDE GROUP CORP, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> W & B TOOLS CORP., ET AL, ) <br> ) <br> Defendant(s). ) <br> ) | CASE NO. CV 07-07582-MMM (Ex) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: December 9, 2008

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE